Exhibit A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
9/30/2020 4:19:49 PM
Filing ID 12058061

Person/Attorney Filing: Mack T Jones
Mailing Address: 2141 E Camelback Rd Ste 100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)840-8787X103
E-Mail Address: mjones@azpremiseslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006369, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Elise S. Lyon
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2020-012146

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *September 30, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *JACQUELINE NELSON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.



**Service of Process Transmittal**
10/23/2020
CT Log Number 538454217

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Elise S. Lyon, etc., Pltf. vs. Costco Wholesale Corporation, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CV2020012146 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/23/2020 at 14:28 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/23/2020, Expected Purge Date: 11/07/2020<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case 2:20-cv-02229-JZB   Document 1-1   Filed 11/19/20   Page 5 of 8

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
9/30/2020 4:19:49 PM
Filing ID 12058058

Mack T. Jones (006369)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Elise S. Lyon, a married woman, filing individually; | NO. CV2020-012146 |
| Plaintiff; | **COMPLAINT** |
| v. | (Tort Non-Motor Vehicle) |
| Costco Wholesale Corporation, a Washington corporation; Does I - V; | |
| Defendant. | |

Plaintiff Elise S. Lyon alleges:

1. Plaintiff Elise S. Lyon is a married woman residing in Pinal County, Arizona.

2. Defendant Costco Wholesale Corporation is a Washington corporation that caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Specifically Costco Wholesale Corporation owned, possessed and operated the wholesale retail store premises commonly known as Costco Wholesale located at 2887 South Market Street, Gilbert, Arizona on October 2, 2018.

4. Defendants Does I - V are corporations, partnerships, other entities or individuals other than Defendant Costco Wholesale Corporation who owned, possessed and/or operated the wholesale retail store premises located at 2887 South Market Street, Gilbert, Arizona on October 2, 2018.

5. The actions, omissions, and conduct giving rise to this cause of action occurred in Maricopa County, Arizona and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

6. As the owner, possessor and/or operator of the wholesale retail store premises located at 2887 South Market Street, Gilbert, Arizona on October 2, 2018, Defendants Costco Wholesale Corporation and Does I - V had an affirmative duty to maintain the premises in reasonably safe condition for the benefit of business invitees, specifically including Plaintiff.

7. On October 2, 2018, at the wholesale retail store premises located at 2887 South Market Street, Gilbert, Arizona, Plaintiff was injured as a direct and proximate result of an unreasonably dangerous condition, specifically unmarked fluid and/or debris on the floor, believed to be smeared raspberries, as to which Defendants Costco Wholesale Corporation and Does I - V had actual or constructive notice or were otherwise negligent in allowing to be present on the premises.

8. As Plaintiff was walking in the store, Plaintiff slipped with her left foot on unmarked fluid and/or debris on the floor which she did not see, causing her to lose balance and fall to the floor striking her left knee and landing on her extended left arm sustaining injuries but not limited to a disc herniation at C7-T1 requiring a cervical disectomy and fusion and torn ligaments in both shoulders.

9. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

10. Plaintiff has incurred a loss of wages, earnings and earning capacity, and other benefits and/or opportunities because of the injuries caused by Defendants' negligence.

11. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

12. Plaintiff further alleges the claimed total damages qualify this matter as a Tier 2 case pursuant to Rules 8(b)(2) and 26.2(c), Arizona Rules of Civil Procedure.

WHEREFORE, Plaintiff requests judgment against Defendant for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this 30th day of September, 2020.

JONES | RACZKOWSKI PC

By Mack T. Jones
Attorneys for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
9/30/2020 4:19:49 PM
Filing ID 12058060

Person/Attorney Filing: Mack T Jones
Mailing Address: 2141 E Camelback Rd Ste 100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)840-8787X103
E-Mail Address: mjones@azpremiseslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 006369, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Elise S. Lyon
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No.   CV2020-012146

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Mack T Jones /s/
Plaintiff/Attorney for Plaintiff